DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
CHRISTINA GOMEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GOMEZ,<br><br>            Plaintiff,<br>    vs.<br><br>The CITY AND COUNTY OF SAN FRANCISCO, a public entity; PATRICIA JACKSON, Captain of San Francisco Police Department, sued in her official and individual capacities; JERRY LANKFORD, Lieutenant of SFPD, sued in his individual and official capacities; and DOES 1-20, who are employees and/or officials of CITY, inclusive.<br><br>            Defendants. | Case No. C 04-01692 (PJH)<br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)<br><br>Judge: Hon. Phyllis J. Hamilton<br>Hearing Date: No Hearing<br>Time: No Time<br>Place: Courtroom 3, 17th Floor<br><br>Date Action Filed: April 6, 2004<br>Trial Date: Not Set |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through their undersigned counsel, that pursuant to Fed.R.Civ.Proc. 41(a), the above-captioned action is dismissed with prejudice.

Dated: June 22, 2005

　　　　　　　　　　　　　　　　Siegel & Yee

　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JOSE LUIS FUENTES
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Furst & Pendergast, LLP

By: ___/s/_____
Margaret A. Pendergast, Attorney for Patricia Jackson

By: ___/s/_____
Eileen Carla Burke, Attorney for Jerry Lankford

**IT IS SO ORDERED:**

Dated: 6/27/05                    _____
**HON. PHYLLIS J. HAMILTON
United States District Judge**

**SIEGEL & YEE**
499 14th Street, Suite 220
Oakland, CA 94612
510-839-1200

STIPULATION OF DISMISSAL